IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JONATHAN DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-00016 |
| | ) | Judge Trauger |
| CHARLES SIMMONS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On August 20, 2018, the magistrate judge issued a Report and Recommendation (DE #123), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss or for Summary Judgment filed by all of the remaining defendants in this case (Docket 117) is DENIED as moot, and this case is DISMISSED for lack of subject matter jurisdiction.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 11th day of September 2018.

_____
ALETA A. TRAUGER
U.S. District Judge